IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HARRIET HAMPTON, | ) | FILED: JULY 11, 2008 |
| | ) | 08CV3952 |
| Plaintiff, | ) | JUDGE GOTTSCHALL |
| | ) | MAGISTRATE JUDGE DENLOW |
| vs. | ) No. | EDA |
| | ) | |
| ROCKENBACH CHEVROLET SALES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### I.  PRELIMINARY STATEMENT

1.  This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §1681 *et seq.*, *as amended,* and various other laws of the State of Illinois.

### II.  JURISDICTION AND VENUE

2.  Jurisdiction of this Court arises under 15 U.S.C. §1681p, 28 U.S.C. §§1331, 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

3.  Venue lies properly in this district pursuant to 28 U.S.C. §1391(b).

### III.  PARTIES

4.  Plaintiff, HARRIET HAMPTON, is an individual who was at all times relevant herein, residing in the City of Zion, County of Lake and State of Illinois.

5.  Defendant, ROCKENBACH CHEVROLET SALES, INC., was at all times a Corporation, involved in part in the business of providing financing for automobile leases, and at all times relevant herein, conducted business in City of Grayslake, County of Lake and State of Illinois.

## IV. ALLEGATIONS

### COUNT ONE
### VIOLATIONS OF FCRA v. ROCKENBACH CHEVROLET SALES, INC.

6. At no time on or prior to June of 2008, did Plaintiff have a credit account or loan with Defendant. In addition, Plaintiff had not applied with Defendant for the purposes of obtaining credit or insurance or applying for employment.

7. On June 3, 2008, despite knowing the facts described in paragraph 6, Defendant accessed Plaintiff's credit files and information impermissibly and through the use of false pretenses, without Plaintiff's consent or knowledge and without a legitimate business reason to do so. Subsequently, Defendant informed Plaintiff of this illegal and impermissible access to inquire whether Plaintiff was interested in acting as a co-signor on an automobile loan for a friend. Plaintiff did not appear and was not present at Defendant's place of business on that date.

8. The aforementioned conduct is a violation of 15 U.S.C. § 1681b. As a result of the conduct of Defendant, Plaintiff has suffered actual damages in the form of financial and dignitary harm arising from the injury to credit rating and reputation, as well as an invasion of Plaintiff's privacy, and Plaintiff will continue to suffer the same for an indefinite time in the future, all to Plaintiff's great detriment and loss.

## V. JURY TRIAL DEMAND

9. Plaintiff demands trial by jury on all issues so triable.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, HARRIET HAMPTON, seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a) Actual damages;

(b) Statutory damages;

(c)   Punitive damages;

(d)   Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n, 1681o and 815 ILCS 505/2;

(e)   An order directing that Defendant immediately delete all of the references to access of Plaintiff's credit reports on said reports, and cease obtaining any further access of Plaintiff's credit report without express permission from Plaintiff;

(f)   Such other and further relief as may be necessary, just and proper.

Respectfully Submitted,
**HARRIET HAMPTON**


By:   s/Larry P. Smith
      Attorney for Plaintiff

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.   (312) 222-9028
Fax   (312) 602-3911
e-mail   lsmith@lpsmithlaw.com

3