IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HARRIET HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-CV-3952 |
| | ) | |
| ROCKENBACH CHEVROLET SALES, INC., | ) | Judge Gottschall |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS**

NOW COMES the Plaintiff, HARRIET HAMPTON, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and move this Honorable Court to grant Plaintiff's Motion to Dismiss ROCKENBACH CHEVROLET SALES, INC., with prejudice.

    Respectfully Submitted,
    **HARRIET HAMPTON**

    By: _/s Larry P. Smith_
        Larry P. Smith
        Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue
40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911