### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HARRIET HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-CV-3952 |
| | ) | |
| ROCKENBACH CHEVROLET SALES, INC., | ) | Judge Gottschall |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on August 20, 2008, there was filed electronically in the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Motion to Voluntarily Dismiss,** a copy of which is attached hereto and herewith served upon you.

**Name:**           Larry P. Smith & Associates, Ltd.
**Attorney for:**    Plaintiff
**Address:**        205 N. Michigan Ave, Suite 4000
**City:**             Chicago, Illinois 60601
**Telephone:**     (312) 222-9028

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney for Plaintiff, certify that on August 20, 2008, a copy of the foregoing was sent to the following party or parties via US MAIL before 5:00pm:

Rockenbach Chevrolet Sales, Inc.
Attn: Legal Department
1000 E. Belvidere Rd
Grayslake, IL 60030

By:    */s Larry P. Smith*
           Larry P. Smith
           Attorney for Plaintiff